# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __**15-780M**_____

2) Defendant's Name: __**Decker**_____**Marco**_____**Soto**_____
                             (Last)                (First)              (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:____Yes ____No   Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held:_____**X**__Yes ____No   Date/Time: __**8/25/15**__

10) Detention Hearing Held:____  Bail set at: __$100,000__  ROR Entered:____ POD Entered:____

11) Temporary Order of Detention Entered:____  Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived: __✓__

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY: __**Tyler Smith**__

14) DEFENSE COUNSEL'S NAME: __**Joel Cohen**__
       Address:_____
       Bar Code:_____ CJA: __**X**__ FDNY:____ RET:____
       Telephone Number:(____)_____

15) LOG #: __(7-44-7:55)__  MAG. JUDGE: __**Go**__

16) ✓ ____ Defendant was advised of bond conditions by the Court and signed the bond.
       _1_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
       ____Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____
_____
_____

17) Complaint/Affidavit/Indictment unsealed:____Yes ____No

        SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE