## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __**15-780M**__

2) Defendant's Name: __**Decker**_____**Marco**_____**Soto**__
                           (Last)          (First)         (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No    Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __**X**__ Yes ___No   Date/Time: __**8/25/15**__

10) Detention Hearing Held: ___ Bail set at: __$100,000__ ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: __✓__

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __**Tyler Smith**__

14) DEFENSE COUNSEL'S NAME: __**Joel Cohen**__
    Address: _____
    Bar Code: _____ CJA: __**X**__ FDNY: ___ RET: ___
    Telephone Number: ( ) _____

15) LOG #: __(9-44-2:55)__ MAG. JUDGE: __**Go**__

16) ✓ ___ Defendant was advised of bond conditions by the Court and signed the bond.
    _√_ Surety (~~ies~~) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____
_____
_____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE