# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __**15-780M**__

2) Defendant's Name: __**Belman**__ __**Michael**__ __**Sean**__
   (Last)                 (First)                (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __**X**__ Yes ___No   Date/Time: __**8/25/15**__

10) Detention Hearing Held:____ Bail set at: __$200,000__ ROR Entered:____ POD Entered:____

11) Temporary Order of Detention Entered:____ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: __✓__

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __**Tyler Smith**__

14) DEFENSE COUNSEL'S NAME: __**Anthony Ricco**__
    Address: _____
    Bar Code: _____ CJA: __**X**__ FDNY:____ RET:____
    Telephone Number: (___) _____

15) LOG #: __( 3:16 - 333 )__ MAG. JUDGE: __**Go**__

16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __✓__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____
_____
_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE