# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1)   Magistrate Case Number: _____ **15-780M** _____

2)   Defendant's Name: ___ **Belman** _____ **Michael** _____ **Sean** _____
                                    (Last)                  (First)             (M.I.)

3)   Age: _____

4)   Title: _____ Section(s): _____

5)   Citizen of: _____ Needs: _____ Interpreter

6)   Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7)   Removal Proceeding: ____Yes ____No   Other District: _____

8)   Name of Interpreter used today: _____ Language: _____

9)   Arraignment on complaint held: ____**X**__Yes _____No   Date/Time: __**8/25/15**__

10)  Detention Hearing Held: ____ Bail set at: _**$500,000**_ ROR Entered: ____ POD Entered: ____

11)  Temporary Order of Detention Entered: ____   Bail Hearing set for: _____

12)  (a) Preliminary Hearing set for: _____; or waived: __✓__

     (b) Removal Hearing set for: _____; or waived: _____

     (c) Status Conference set for: _____

13)  ASSISTANT U.S. ATTORNEY: _____ **Tyler Smith** _____

14)  DEFENSE COUNSEL'S NAME: _____ **Anthony Ricco** _____
               Address: _____
               Bar Code: _____ CJA: __**X**__ FDNY: ____ RET: _____
               Telephone Number: (____)_____

15)  LOG #: ___ ( 3:16 — 335 ) MAG. JUDGE : __ **Go** _____

16)  ____ Defendant was advised of bond conditions by the Court and signed the bond.
     __✓__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
     ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____
_____
_____
_____

17)  Complaint/Affidavit/Indictment unsealed: ___Yes ___No

        SO ORDERED ON THIS _____ DAY OF _____, 20___

                    _____
                      UNITED STATES MAGISTRATE JUDGE