

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __15-780M__

2) Defendant's Name: __Estanol__     __Edward__     __Lorenz__
   (Last)            (First)        (M.I.)

3) Age: _____

4) Title: _____  Section(s): _____

5) Citizen of: _____  Needs: _____ Interpreter

6) Arrest Warrant Issued: _____  Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __X__ Yes ___No   Date/Time: __8/25/15__

10) Detention Hearing Held: ____ Bail set at: __$50,000__ ROR Entered: ____ POD Entered: ____

11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: __✓__

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Tyler Smith__

14) DEFENSE COUNSEL'S NAME: __Joyce David__
    Address: _____
    Bar Code: _____  CJA: __X__  FDNY: ____  RET: ____
    Telephone Number: (____) _____

15) LOG #: __(3:16 - 7:33)__  MAG. JUDGE: __Go__

16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __1__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE