

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __15-780M__

2) Defendant's Name: __Hurant__         __Jeffrey__
   (Last)                (First)            (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held: __X__Yes ___No   Date/Time: __8/25/15__

10) Detention Hearing Held:____ Bail set at: __$350,000__ ROR Entered:____ POD Entered:____

11) Temporary Order of Detention Entered:____ Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived: __✓__

   (b) Removal Hearing set for:_____; or waived:_____

   (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY: __Tyler Smith__

14) DEFENSE COUNSEL'S NAME: __Charles Hochbaum__
    Address:_____
    Bar Code:_____ CJA:____ FDNY:____ RET:____
    Telephone Number:(___)_____

15) LOG #: __(3:35 - 4:07)__ MAG. JUDGE: __Go__

16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __✓__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE