

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __**15-780M**_____

2) Defendant's Name: __**Mattos**_____**Diana**_____**Milagros**___
           (Last)     (First)     (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:____Yes ____No   Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held: __**X**__Yes ____No   Date/Time: __**8/25/15**__

10) Detention Hearing Held:____ Bail set at: **$ 50,000** ROR Entered:____ POD Entered:____

11) Temporary Order of Detention Entered:____ Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived: ✓_____

  (b) Removal Hearing set for:_____; or waived:_____

  (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY: __**Tyler Smith**__

14) DEFENSE COUNSEL'S NAME: __**Michael Weil**__
  Address:_____
  Bar Code:_____ CJA:____ FDNY: __**X**__ RET:____
  Telephone Number:(___)_____

15) LOG #:____ ( _arhb_ ) MAG. JUDGE: __**Go**__
       3:55 - 4:07

16) ✓ ____ Defendant was advised of bond conditions by the Court and signed the bond.
  __1__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
  ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____
_____
_____

17) Complaint/Affidavit/Indictment unsealed:____Yes ____No

   SO ORDERED ON THIS _____ DAY OF _____, 20__

       _____
       UNITED STATES MAGISTRATE JUDGE