

Case 1:15-mj-00780-VVP   Document 23   Filed 08/25/15   Page 1 of 1 PageID #: 50

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __15-780M__

2) Defendant's Name: __Mattos__ __Diana__ __Milagros__
   (Last)        (First)        (M.I.)

3) Age: _____

4) Title: _____  Section(s): _____

5) Citizen of: _____  Needs: _____ Interpreter

6) Arrest Warrant Issued: _____  Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____

8) Name of Interpreter used today: _____  Language: _____

9) Arraignment on complaint held: __X__ Yes ___No   Date/Time: __8/25/15__

10) Detention Hearing Held: ___  Bail set at: $50,000  ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: ___  Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: __✓__

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Tyler Smith__

14) DEFENSE COUNSEL'S NAME: __Michael Weil__
    Address: _____
    Bar Code: _____  CJA: ___  FDNY: __X__  RET: ___
    Telephone Number: (___) _____

15) LOG #: ( __3→1/16__ )  MAG. JUDGE: __Go__
    3:55 - 4:07

16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __1__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____
_____
_____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

       SO ORDERED ON THIS _____ DAY OF _____, 20__

       _____
       UNITED STATES MAGISTRATE JUDGE