UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

v.                                                                                  15M 780

MARCO SOTO DECKER

-------------------------------------------------------X

TO: THE CLERK OF THE COURT

PLEASE TAKE NOTICE that my office address is:

Joel S. Cohen, PC
35 Worth Street, 3rd Floor
New York, NY 10013
Tel:  212-571-8899
Fax:  211-226-4559
Email:  jcesq99@gmail.com

DATED: NEW YORK, NY
           August 26, 2015

                                            Joel S. Cohen, PC

                                            /S

                                            _____

                                            Joel S. Cohen (JC6998)