UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                            :

UNITED STATES OF AMERICA,       :

           – against –                                 :        Case No. 15-M-780

                                                        :        NOTICE OF APPEARANCE

MARCO SOTO DECKER,              :

               Defendant.                     :

                                                        :
------------------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Marco Soto Decker, and requests that all notices give or required to be given, and all papers served or required to be served in this case, be given to or served upon:

                Isabelle A. Kirshner
                Clayman & Rosenberg LLP
                305 Madison Avenue
                New York, NY  10165
                T: 212-922-1080
                F: 212-949-8255
                Kirshner@clayro.com

Dated: New York, NY
       August 27, 2015

                                          CLAYMAN & ROSENBERG LLP

                                          By: _____
                                            Isabelle A. Kirshner (IK-7133)
                                          305 Madison Avenue
                                          New York, NY  10165
                                          T. 212-922-1080
                                          F. 212-949-8255
                                            Kirshner@clayro.com
                                *Counsel for Defendant Marcos Soto Decker*