UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
UNITED STATES OF AMERICA, :
: Case No. 15-M-780
– against – :
: NOTICE OF APPEARANCE
MARCO SOTO DECKER, :
:
Defendant. :
:
---------------------------------------------------------------x

     PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Marco Soto Decker, and requests that all notices give or required to be given, and all papers served or required to be served in this case, be given to or served upon:

> Isabelle A. Kirshner
> Clayman & Rosenberg LLP
> 305 Madison Avenue
> New York, NY  10165
> T: 212-922-1080
> F: 212-949-8255
> Kirshner@clayro.com

Dated: New York, NY
       August 27, 2015

CLAYMAN & ROSENBERG LLP

By: *[signature]*
   Isabelle A. Kirshner (IK-7133)
   305 Madison Avenue
   New York, NY  10165
   T. 212-922-1080
   F. 212-949-8255
     Kirshner@clayro.com
*Counsel for Defendant Marcos Soto Decker*