UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA,

— against —

MARCO SOTO DECKER,

               Defendant.

------------------------------------------------------------------x

Case No. 15-M-780

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Marco Soto Decker, and requests that all notices give or required to be given, and all papers served or required to be served in this case, be given to or served upon:

        Christina M. Corcoran
        Clayman & Rosenberg LLP
        305 Madison Avenue
        New York, NY  10165
        T: 212-922-1080
        F: 212-949-8255
        corcoran@clayro.com

Dated: New York, NY
       August 27, 2015

                CLAYMAN & ROSENBERG LLP

                By: _____
                    Christina M. Corcoran (CC-4735)
                    305 Madison Avenue
                    New York, NY  10165
                    T. 212-922-1080
                    F. 212-949-8255
                    Corcoran@clayro.com
                    *Counsel for Defendant Marco Soto Decker*