UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

   -- against --

MARCO SOTO DECKER,

              Defendant.

---------------------------------------------------------------x

Case No. 15-M-780

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Marco Soto Decker, and requests that all notices give or required to be given, and all papers served or required to be served in this case, be given to or served upon:

> Christina M. Corcoran
> Clayman & Rosenberg LLP
> 305 Madison Avenue
> New York, NY  10165
> T: 212-922-1080
> F: 212-949-8255
> corcoran@clayro.com

Dated: New York, NY
       August 27, 2015

CLAYMAN & ROSENBERG LLP

By: _/s/ Christina Corcoran_
Christina M. Corcoran (CC-4735)
305 Madison Avenue
New York, NY  10165
T. 212-922-1080
F. 212-949-8255
Corcoran@clayro.com
*Counsel for Defendant Marco Soto Decker*