# Joyce B. David, Esq., P.C.

## Attorney at Law

664 Flatbush Avenue (Hawthorne)
Brooklyn, New York, 11225
jbd@joycedavid.com
347-405-7070 (fax)
718-875-2000

Aug. 26, 2015

Magistrate Judge Viktor V. Pohorelsky
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y., 11201
(by ECF)

Re: USA v. Hurant, Edward Lorenz Estanol, 15-mj-780 (VVP)

Dear Judge Pohorelsky,

Yesterday I was appointed to represent Mr. Edward Lorenz Estanol, by Mag. Go. Mr. Estanol was arraigned and released on a $50,000 Personal Recognizance bond, co-signed by one suretor. Travel restriction were imposed limiting Mr. Estanol to New York City and Long Island.

Mr. Estanol had previously made plans to visit his boyfriend in Ohio this weekend. I have been in touch with his Pretrial Services Officer, Melony Bedford, who consented to Mr. Estanol's travel plans if provided with his itinerary and travel documents, which were provided to her. I also contacted AUSA Tyler Smith and sent him the documents and itinerary Mr. Estanol had provided me, as well as Officer Bedford's position. AUSA Smith indicated that he had no objection to the request.

I am respectfully requesting that you change the conditions of Mr. Estanol's release to allow him to travel to Cuyahoga Falls, Ohio from Friday, August 28th through Monday, August 31st. Thank you for your prompt attention to this matter.

Sincerely,

*Joyce David*
Joyce B. David, Esq.

cc: AUSA; client
JBD/em

*Travel approved, as set forth above. SO ORDERED.*

*[signature], USMJ 8/28/15*