AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | |
| MICHAEL SEAN BELMAN, also known as "Sean Van Sant," ) ) ) | **15M780** |
| _Defendant_ | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     MICHAEL SEAN BELMAN, also known as "Sean Van Sant," ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to use facilities in interstate commerce with the intent to promote an enterprise involving the prostitution in violation of the laws of the State of New York, in violation of 18 U.S.C. 371.

Date:     08/18/2015

_____
Issuing officer's signature

City and state:     Brooklyn, New York

Hon. Viktor V. Pohorelsky
_____
Printed name and title

---

**Return**

This warrant was received on *(date)* 8|18|15 , and the person was arrested on *(date)* 8|25|15
at *(city and state)* NEW YORK, NY .

Date:     9|8|15

_____
Arresting officer's signature

SUSAN J. RUIZ / SPECIAL AGENT
_____
Printed name and title

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____