# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>DIANA MILAGROS MATTOS, also known as "Coco Lopez,"<br><br>_Defendant_ | )<br>)   Case No.<br>)<br>)<br>)   **15M780**<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   DIANA MILAGROS MATTOS, also known as "Coco Lopez," ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to use facilities in interstate commerce with the intent to promote an enterprise involving the prostitution in violation of the laws of the State of New York, in violation of 18 U.S.C. 371.

Date:   08/18/2015

_Issuing officer's signature_

City and state:   Brooklyn, New York          Hon. Viktor V. Pohorelsky
_Printed name and title_

---

**Return**

This warrant was received on _(date)_  8/18/15 , and the person was arrested on _(date)_  8/25/15
at _(city and state)_  Queens, NY .

Date:   9/8/15

_Arresting officer's signature_

SUSAN J. RUIZ/SPECIAL AGENT
_Printed name and title_

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____