```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------x

UNITED STATES OF AMERICA,       :

               v.
                                :     NOTICE OF APPEARANCE

Diana Milagros Mattos            :     15-M-780

           Defendant             :

-----------------------------X
```

PLEASE TAKE NOTICE that I have been assigned to represent the defendant in this matter. I was admitted to practice in this district in October 2002.

```
                            _____/s/_____
                            Michael D. Weil, Esq.
                            Federal Defenders of New York
                            One Pierrepont Plaza
                            16th Floor
                            Brooklyn, New York 11201
                            (718) 330-1200
```

Dated: Brooklyn, New York
       September 9, 2015