AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-M-780 |
| Jeffrey Hurant, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Sean Belman

Date:   09/10/2015

*Deborah Colson*
*Attorney's signature*

Deborah Colson, DC1578
*Printed name and bar number*
Colson & Harris LLP
80 Broad Street, 19th Floor
New York, NY 10004

*Address*

dcolson@colsonharris.com
*E-mail address*

(212) 257-6455
*Telephone number*

(212) 257-6453
*FAX number*