AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ▾

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   15-M-780 |
| Jeffrey Hurant, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Sean Belman

Date:     09/15/2015

*Attorney's signature*

Justine A. Harris JH4573
*Printed name and bar number*
Colson & Harris LLP
80 Broad St., suite 1900
New York, NY 10004

*Address*

jharris@colsonharris.com
*E-mail address*

(212) 257-6454
*Telephone number*

(212) 257-6453
*FAX number*