UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA           :     Case No. 15-M-780

    - against -                                    :     NOTICE OF APPEARANCE

JEFFREY HURANT,                            :

    Defendant.                                   :

-----------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Jeffrey Hurant, and requests all notices give or received to be given, and all papers served or required to be served in this case, be given to or served upon:

> Noam Biale
> Sher Tremonte LLP
> 80 Broad Street, Suite 1301
> New York, NY 10004
> T: 212-202-2659
> F: 212-202-4156
> nbiale@shertremonte.com

Dated: New York, NY
       September 16, 2015

SHER TREMONTE LLP

By: _____
Noam Biale (NB-8072)
Sher Tremonte LLP
80 Broad Street, Suite 1301
New York, NY 10004
T: 212-202-2659
F: 212-202-4156
nbiale@shertremonte.com