UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

UNITED STATES OF AMERICA                    :       Case No. 15-M-780
                                            :
        - against -                         :       NOTICE OF APPEARANCE
                                            :
JEFFREY HURANT,                             :
                                            :
                Defendant.                  :
                                            :
---------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Jeffrey Hurant, and requests all notices give or received to be given, and all papers served or required to be served in this case, be given to or served upon:

> Emily Burgess
> Sher Tremonte LLP
> 80 Broad Street, Suite 1301
> New York, NY 10004
> T: 212-202-2649
> F: 212-202-4156
> eburgess@shertremonte.com

Dated: New York, NY
       September 16, 2015

                                        SHER TREMONTE LLP

                                        By: _____
                                        Emily Burgess (EB-5674)
                                        Sher Tremonte LLP
                                        80 Broad Street, Suite 1301
                                        New York, NY 10004
                                        T: 212-202-2649
                                        F: 212-202-4156
                                        eburgess@shertremonte.com