

**COLSON & HARRIS** LLP

80 Broad Street
19th Floor
New York, NY 10004

T 212-257-6455
F 212-257-6453

September 17, 2015

By Fax

Honorable Roanne Mann
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *United States v. Hurant, et al,* 15 M 780

Dear Judge Mann:

    I represent Sean Belman in the above matter. Mr. Belman was arrested on August 25, 2015, on a complaint charging a violation of the Travel Act, 18 USC § 371. He was released the same day on a $200,000 bond that restricts his travel to New York City, the state of Vermont, and all points in between.

    I write with the consent of the government and Pretrial Officer Brian Manganaro to request that Mr. Belman's bond be modified to permit him to travel anywhere in the continental United States as long as he notifies Pretrial Services in advance of his departure. Mr. Belman has a lengthy history of employment and no prior arrests.

    Thank you for your consideration.

Very truly yours,

/s/

Deborah Colson
(212) 257-6455

cc:  AUSA Tyler Smith
      Pretrial Officer Brian Manganaro

*[Handwritten annotation:]* Application denied without prejudice, with leave to renew the motion if supported by written consent of the surety.

SO ORDERED:

U.S.M.J.  9/17/15