
# COLSON & HARRIS LLP

80 Broad Street
19th Floor
New York, NY 10004

T 212-257-6455
F 212-257-6453

September 18, 2015

By Fax

Honorable Roanne Mann
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *United States v. Hurant, et al*, 15 M 780

Dear Judge Mann:

    I represent Sean Belman in the above matter. Mr. Belman was arrested on August 25, 2015, on a complaint charging a violation of the Travel Act, 18 USC § 371. He was released the same day on a $200,000 bond that restricts his travel to New York, Vermont and points in between.

    Yesterday, I wrote with the consent of the government and Pretrial Officer Brian Manganaro to request that Mr. Belman's bond be modified to permit him to travel anywhere in the continental United States assuming he provides advance notification to Pretrial Services. My application was denied without prejudice with leave to renew if supported by written consent of the surety. The surety's written consent is attached.

    Thank you for your consideration.

                          Very truly yours,

                          /s/

                        Deborah Colson
                        (212) 257-6455

cc:   AUSA Tyler Smith
       Pretrial Officer Brian Manganaro

*Application granted, on consent of the gov't, PTSA and the surety. So ORDERED.*

*/s/ U.S.M.J. 9/18/15*

September 17, 2015

Honorable Roanne Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Mann,

    My name is Michael Warner. I am Sean Belman's long-term partner and the surety on his bond. I consent to a modification of the bond to permit Mr. Belman to travel within the continental United States. Should the Court grant the modification, I understand that Mr. Belman will be required to notify Pretrial Services of his travel plans.

    Thank you for your consideration.

Very truly yours,

*[signature]*

Michael Warner