# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

October 19, 2015

**BY EMAIL**

The Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **United States vs. Clint Calero, et al.**
             **15-MAJ-780 (VVP)**

Dear Judge Mann,

    I enclose as per Your Honor's order- the consent of the bail suretor to modify the bail conditions of her son, Clint Calero in the above-referenced matter.

Very truly yours,

James Roth

Encls.

cc:    A.U.S.A. Tyler Smith (by ECF)
       U.S.P.T.O. Louis Clavi (by ECF)

# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

October 15, 2015

**BY EMAIL**

The Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States vs. Clint Calero, et al.
             15-MAJ-780 (VVP)

Dear Judge Mann,

      With the consent of Pretrial Services Officer Louis Calvi, A.U.S.A. Tyler Smith and suretor Mary Ann Calero (defendant's mother), I request that the conditions of Mr. Calero's bail be modified to permit him to travel to his home town of Omaha, Nebraska to visit his immediate family that all reside there and to address family medical health issues. Mr. Calero will notify Mr. Calvi in advance of any travel to Nebraska and the specifics thereof.

Very truly yours,

James Roth

Encl.

cc:    A.U.S.A. Tyler Smith (by ECF)
       U.S.P.T.O. Louis Clavi (by ECF)

      I, Mary Ann Calero, a suretor the bond in the above matter consent to the proposed travel modifications for my son Clint Calero.

Dated:
10/19/15

Mary Ann Calero