# Joyce B. David, Esq., P.C.

## Attorney at Law

**664 Flatbush Avenue (Hawthorne)**
**Brooklyn, New York, 11225**
jbd@joycedavid.com
**347-405-7070 (fax)**
**718-875-2000**

Nov. 9, 2015

Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y., 11201

      Re:  <u>USA v. Hurant,  Edward Lorenz Estanol, 15-mj-780 (VVP)</u>

Dear Magistrate Judge,

      My client, Mr. Edward Lorenz Estanol, is currently released on a $50,000 Personal Recognizance bond, with travel restriction limiting him to New York City and Long Island.

      Mr. Estanol would like to travel to Akron Ohio to visit his boyfriend from Nov. 13th to Nov. 16th.  I provided detailed itinerary information and copies of airline reservations to Mr. Estanol's Pretrial Services Officer, Melony Bedford, who consented to Mr. Estanol's travel plans.  I provided the same information to AUSA Tyler Smith, who also consented.

      I am respectfully requesting that you change the conditions of Mr. Estanol's release to allow him to travel to Akron Ohio from Nov 13th to Nov. 16th.  Thank you for your prompt attention to this matter.

      Sincerely,

      _____
      Joyce B. David, Esq.

cc:  AUSA; PreTrial; client
JBD/em