# Joyce B. David, Esq., P.C.

## Attorney at Law

664 Flatbush Avenue (Hawthorne)
Brooklyn, New York, 11225
jbd@joycedavid.com
347-405-7070 (fax)
718-875-2000

Nov. 10, 2015

*Approved.*
*SO ORDERED.*
*11/10/15*

Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y., 11201

Re: USA v. Hurant, Edward Lorenz Estanol, 15-mj-780 (VVP)

Dear Magistrate Judge,

My client, Mr. Edward Lorenz Estanol, is currently released on a $50,000 Personal Recognizance bond, with travel restriction limiting him to New York City and Long Island.

Mr. Estanol would like to travel to Las Vegas, Nevada for a film job from Nov. 11th to Nov. 13th, 2015.

I provided detailed information about this trip to AUSA Tyler Smith, and to Pretrial Officer Melony Bedford. Pretrial Services Officer, Melony Bedford, could not consent to the trip based on office policy regarding travel to Las Vegas, and because the film work involves pornography. She indicated to me, however, that Mr. Estanol has been compliant with all of his Pretrial conditions. She even suggested that I ask the court to lift all of Mr. Estanol's travel restrictions in the United States.

I provided the same information to AUSA Tyler Smith, who indicated that the Government did not object to the travel request to Las Vegas.

I am respectfully requesting that you change the conditions of Mr. Estanol's release to allow him to travel to Las Vegas, Nevada from Nov 11th to Nov. 13th. Thank you for your prompt attention to this matter.

Sincerely,

Joyce David
Joyce B. David, Esq.

cc: AUSA; PreTrial; client
JBD/em