# CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE: Robert Levy          DATE: 11/18/15

DOCKET NUMBER: 15m 780          LOG #: 11:14 - 11:20

DEFT NAME: Jeffrey Hurant          ATTY: Noam Biale
_X_ Present __ Not Present __ Custody _X_ Bail          __ Federal Defender __ CJA _X_ Ret

DEFT NAME: Michael Sean Belman          ATTY: ~~Justine Harris~~ Deborah Colson
_X_ Present __ Not Present __ Custody _X_ Bail          __ Federal Defender __ CJA __ Ret

DEFT NAME: Clint Calero          ATTY: William Stampur for James Roth
_X_ Present __ Not Present __ Custody _X_ Bail          __ Federal Defender __ CJA __ Ret

Deft: Edward Lorenz Estanol    Atty: Joyce David
A.U.S.A.: Tyler Smith          DEPUTY CLERK: L Mynen

INTERPRETER: _____ (Language) _____

_____ Hearing held.     _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_✓_ Order of Excludable Delay entered. Code Type ___ Start 11/18 Stop 12/18/15. as to all defts.

____ Order of Speedy Trial entered. Code Type ___ Start ___ Stop ___

____ Defendants' first appearance.     ____ Defendants arraigned on the indictment.

____ Defendants informed of rights.

____ All defendants entered NOT GUILTY PLEA to ALL counts of the indictment.

____ Defendant failed to appear, bench warrant issued.

____ Status conference set for ___ @ ___ before Judge ___

OTHERS: Bond modified as to defendants Edward Estanol and Clint Calero - to include permit travel within the U.S. Continental.

## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE _____ DATE : _____

DOCKET NUMBER : _____ LOG # _____

DEFT NAME : _Shane Lukas_____ ATTY: _Erin Aaron Mysliwiec_
_✓_Present__ Not Present__Custody_✓Bail   __ Federal Defender  _ CJA  _✓_Ret

DEFT NAME : _Dimas Miguel Matus_ ATTY: _Michael Wait_
__Present__ Not Present_✓Custody__Bail   __ Federal Defender  _ CJA  __ Ret

DEFT NAME : _Marco Goto Decker_ ATTY: _Isbel Kirshner_
_✓_Present__ Not Present__Custody_✓Bail   __ Federal Defender  _ CJA  _✓_Ret

A.U.S.A. : _____ DEPUTY CLERK : _____

INTERPRETER : _____ (Language) _____

_____ Hearing held.   _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop _____

____ Order of Speedy Trial entered.   Code Type____   Start_____   Stop _____

____ Defendants' first appearance.   ____ Defendants arraigned on the indictment.

____ Defendants informed of rights.

____ All defendants entered NOT GUILTY PLEA to ALL counts of the indictment.

____ Defendant failed to appear, bench warrant issued.

____ Status conference set for _____ @ _____ before Judge

OTHERS : _____

_____

_____