# CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE  Robert Levy                      DATE : 11/18/15

DOCKET NUMBER :  15 m 780            LOG #  11:14 - 11:20

DEFT NAME :  Jeffrey Hurant            ATTY:  Noam Biale
  _X_ Present __ Not Present __ Custody _X_ Bail      __ Federal Defender __ CJA _X_ Ret

DEFT NAME :  Michael Sean Belman       ATTY:  Justine Harris, Deborah Colson
  _X_ Present __ Not Present __ Custody _X_ Bail      __ Federal Defender __ CJA __ Ret

DEFT NAME :  Clint Calero              ATTY:  William Stampur for James Roth
  _X_ Present __ Not Present __ Custody _X_ Bail      __ Federal Defender __ CJA __ Ret

Deft : Edward Lorenz Estanol   Atty : Joyce David

A.U.S.A. :  Tyler Smith              DEPUTY CLERK :  L Mynen

INTERPRETER : _____ (Language) _____

_____ Hearing held.   _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_✓_ Order of Excludable Delay entered.   Code Type ____ Start 11/18 Stop 12/18/15. as to all defts.

____ Order of Speedy Trial entered.   Code Type ____ Start ____ Stop ____

____ Defendants' first appearance.   ____ Defendants arraigned on the indictment.

____ Defendants informed of rights.

____ All defendants entered NOT GUILTY PLEA to ALL counts of the indictment.

____ Defendant failed to appear, bench warrant issued.

____ Status conference set for ____ @ ____ before Judge ____

OTHERS:  Bond modified as to defendants Edward Estanol and Clint Calero - to include permit travel within the U.S. Continental.

## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE _____    DATE : _____

DOCKET NUMBER : _____    LOG # _____

DEFT NAME : _Shane Lukas_    ATTY: _Erin Aaron Mysliwiec_
  _✓_ Present __ Not Present __ Custody _✓_ Bail     __ Federal Defender __ CJA _✓_ Ret

DEFT NAME : _Dimad Mikayas Matas_    ATTY: _Michael Wait_
  __ Present __ Not Present _✓_ Custody __ Bail     __ Federal Defender __ CJA __ Ret

DEFT NAME : _Marco Goto Declev_    ATTY: _Isbel Kirshner_
  _✓_ Present __ Not Present __ Custody _✓_ Bail     __ Federal Defender __ CJA _✓_ Ret

A.U.S.A. : _____    DEPUTY CLERK : _____

INTERPRETER : _____ (Language) _____

_____ Hearing held.    _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop_____

____ Order of Speedy Trial entered.   Code Type____   Start_____   Stop_____

____ Defendants' first appearance.   ____ Defendants arraigned on the indictment.

____ Defendants informed of rights.

____ All defendants entered NOT GUILTY PLEA to ALL counts of the indictment.

____ Defendant failed to appear, bench warrant issued.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____

_____

_____

_____