# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Robert Levy  **DATE :** _____

**DOCKET NUMBER:** 15mj780  **LOG # :** 3:34 - 3:35

**DEFENDANT'S NAME :** Diana Matos

__✓__ Present  ___ Not Present  ___ Custody  __✓__ Bail

**DEFENSE COUNSEL :** Michael Weil

__✓__ Federal Defender  ___ CJA  ___ Retained

**A.U.S.A:** Andrew Gilman for Tyler Smith  **DEPUTY CLERK :** Gwyner

**INTERPRETER :** _____ (Language) _____

____ Hearing held. ____ Hearing adjourned to ____

____ Defendant was released on ____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered. Code Type___ Start___ Stop___

__✓__ Order of Speedy Trial entered. Code Type___ Start 11/18 Stop 12/18/15.

____ Defendant's first appearance.  ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for ____ @ ____ before Judge ____

**OTHERS :** _____